THE PENNSYLVANIA RAILROAD COMPANY, APPELLANT, v. BOARD OF PUBLIC UTILITY COMMISSIONERS OF THE STATE OF NEW JERSEY (WOODBRIDGE), RESPONDENT.

Submitted February 14, 1936—Decided May 14, 1936.

For the appellant, *W. Holt Apgar*.

For the respondent, *John A. Bernhard*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered *per curiam* in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, DONGES, HEHER, PERSKIE, HETFIELD, DEAR, WOLFSKEIL, RAFFERTY, JJ.   9.

*For reversal*—None.